**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **YANSHU ZHAO,** | **Civil Action No. 26-08514 (RK)** |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **MARKWAYNE MULLIN, et al. ,** | |
| **Respondents.** | |

This matter comes before the Court on a *pro se* Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, filed by Petitioner Yanshu Zhao.  (ECF No. 1.)  Upon review of the Petition, the Court finds that it does not bear Petitioner's signature, as required by Federal Rule of Civil Procedure 11(a) and Rule 2(c)(5) of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b).  Because the Petition is unsigned, it is deficient, and Petitioner must correct this deficiency before the Court will direct Respondents to answer. In light of Petitioner's continued detention, however, the Court will keep this matter open and will maintain the status quo, including the prohibition on Petitioner's transfer from this District, pending Petitioner's submission of a signed, amended Petition.

**IT IS**, on this 13th day of July 2026;

**ORDERED** that the Petition (ECF No. 1) is **DEFICIENT** for failure to comply with Federal Rule of Civil Procedure 11(a) and Rule 2(c)(5) of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b); and it is further

**ORDERED** that, within thirty (30) days of the date of this Order, Petitioner shall file an amended Petition bearing her original signature; and it is further

**ORDERED** that the Clerk of the Court shall send Petitioner, together with a copy of this Order, a blank form Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241; and it is further

**ORDERED** that this matter shall remain **OPEN**, and the Court will defer setting a briefing schedule for Respondents' answer until Petitioner files a signed, amended Petition; and it is further

**ORDERED** that, if Petitioner fails to file a signed, amended Petition within thirty (30) days of the date of this Order, the Court may dismiss this matter without further notice; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular mail at Delaney Hall Detention Facility, 451 Doremus Avenue, Newark, NJ 07105.

_____
ROBERT KIRSCH
United States District Judge