**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **YANSHU ZHAO,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-8514 (RK)**<br><br>**ORDER** |

Petitioner, who is proceeding pro se, has filed an Amended Petition pursuant to 28 U.S.C. § 2241 challenging his detention by immigration authorities. (ECF No. 4.) Although it appears he was detained at Delaney Hall in this District when he mailed the Petition (*see* ECF No. 1-3), the Immigration and Customs Enforcement ("ICE") Detainee Locator indicates he was moved to Brooklyn MDC.

"Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face." *McFarland v. Scott*, 512 U.S. 849, 856 (1994); *United States v. Thomas*, 221 F.3d 430, 437 (3d Cir. 2000); *see* Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b). The Court has examined the Petition and determined that dismissal prior to the answer is not warranted.

The Chief Judge entered a Text Order staying Petitioner's transfer from this District, but it appears he is no longer in this District. (ECF No. 2.) Therefore, Respondents shall not transfer Petitioner from Brooklyn MDC while these proceedings are pending.

**THEREFORE**, it is on this 5th day of August 2026;

**ORDERED** that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), this Court has examined the Petition and determined that dismissal of the Petition prior to submission of an answer and the record is not warranted; and it is further

**ORDERED** that the Clerk of the Court shall serve copies of the Petition and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition and this Order to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, within 7 days, Respondent shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations of the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record; and it is further

**ORDERED** that Respondent shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondent shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within 7 days after the answer is filed; and it is further

**ORDERED** that Respondents shall not transfer Petitioner from Brooklyn MDC while this matter is pending; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner at the following address and update his address on the docket as follows:

BROOKLYN MDC
80 29th Street
Brooklyn, NY 11232.

ROBERT KIRSCH
United States District Judge